FILED
CLERK U.S. DISTRICT COURT
FEB 29 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

CV 12-838 CW

2-26-12

Hellow my name is Jermaine Padilla. I sent you a 1983 Civil Rights Complaint by a Prisoner Form ~~complaint by a prisoner form~~ on the 3rd week of January. I have yet to hear from you. Is this ussual time line for operation? If there are any delays will you notify me as soon as posible. Thanks you with appresheashion.

Jermaine
Padilla