**FULL NAME:** Jermaine Lamar Padilla
**COMMITTED NAME (if different):** Jermaine Padilla
**FULL ADDRESS INCLUDING NAME OF INSTITUTION:** Wasco State Prison R6B224
P.O. Box 5500 Wasco, CA 93280-5500
**PRISON NUMBER (if applicable):** F08493

RECEIVED AND RETURNED
CLERK U.S. DISTRICT COURT
MAR 23 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Jermaine Lamar Padilla

PLAINTIFF,

v.

Ventura County Sheriffs Department

DEFENDANT(S).

**CASE NUMBER:** CV12 00838 (CW)
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT PURSUANT TO** (Check one)
☐ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

550

LODGED
CLERK, U.S. DISTRICT COURT
JAN 31 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☒ No

2. If your answer to "1." is yes, how many? N/A

Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

I have been beaten by Senior Deputie Regan of Ventura County Sheriffs Department with a broom stix to my head. I now suffer migranes. I was placed in a safty cell for disaplanary reasons by Deputie Gamble with pheaseas and urin in it. A second time I was placed in a safty cell for disaplanary reasons. My food was being tampered with chemicals of the hormone type by Deputie Nunes and Churick. Every day I was being belittled. All this and more. Causing me great mental distress. And racism. And my mail was tampered with. And my medical treatment was inadaquet. The chemicals in my food could be something else I'm not possitive about the type of chemicals.

RECEIVED
CLERK, U.S. DISTRICT COURT
JAN 27 2012

CV-66 (7/97)  CIVIL RIGHTS COMPLAINT  Page 1 of 6

a. Parties to this previous lawsuit:
   Plaintiff _____

   Defendants _____

b. Court _____ N/A _____

c. Docket or case number _____

d. Name of judge to whom case was assigned _____

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____

f. Issues raised: _____
   _____ N/A _____

g. Approximate date of filing lawsuit: _____

h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes  ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes  ☐ No

   If your answer is no, explain why not _____
   _____ N/A _____

3. Is the grievance procedure completed? ☒ Yes  ☐ No

   If your answer is no, explain why not _____
   _____ N/A _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff **Jermaine Lamar Padilla**
(print plaintiff's name)

who presently resides at **Wasco State Prison B6R 229L P.O. Box 5500 Wasco Ca, 93280**
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
**Ventura County Jail 800 S. Victoria Ave Ventura CA 93009**
(institution/city where violation occurred)

---

CV-66 (7/97)  CIVIL RIGHTS COMPLAINT  Page 2 of 6

on (date or dates) 2011 march 5th/11.26.11,  _____ , _____ .
                    (Claim I)                    (Claim II)         (Claim III)

NOTE: You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __Regan_____ resides or works at
   (full name of first defendant)
   __800 S. Victoria Ave Ventura CA 93009__
   (full address of first defendant)
   __Senior Deputie__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __Cover up, Indifference, against color of law, uncooperation__
   __to job title__

2. Defendant __Gamble_____ resides or works at
   (full name of first defendant)
   __800 S. Victoria Ave Ventura CA 93009__
   (full address of first defendant)
   __Deputie__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __Cover up, indefference, against color of law,__
   __uncooperation to job title__

3. Defendant __Nunes_____ resides or works at
   (full name of first defendant)
   __800 S. Victoria Ave Ventura CA 93009__
   (full address of first defendant)
   __Deputie__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __Cover up, indefference, against color of law,__
   __uncooperation to job title__

4. Defendant **Churlck** _____ resides or works at
   (full name of first defendant)
   **500 S Victoria Ave Ventura CA 93009**
   (full address of first defendant)
   **Deputie**
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   **cover up, indefference, against color of law, uncoperation to job title**

5. Defendant **Dean Geoff** _____ resides or works at
   (full name of first defendant)
   **500 S Victoria Ave Ventura CA 93009**
   (full address of first defendant)
   **Sheriff**
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   **Cover up, indefference, against color of law, uncoperation to job title**

6 Defendant, **Fran**
   name
   **500 S. Victoria Ave Ventura CA 93009**
   address
   **Nurse**
   defendents position

The defendent is sued in his/her ☒ individual ☒ official capasity
Explain how defendent was acting under color of law
dalibrate indefference, unprofesional

D. CLAIMS*

CLAIM I

The following civil right has been violated:

My eighth amendment right has been violated.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

First, Senior Deputie Regan hit me with a broom stix handle in the head. Deputie Gamble saw to it that I was placed in a safty cell for disapline reasense with pheasease and urin int that would not flush. Deputies nunes & Churick saw to it that my food had hormones in it of the femail origan. And Fran (Nurse) would not give me adequit medical treatment. I was being treated with indifference by most of all staff that was around me.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

$250,000,000 in official capacity and $250,000 in idividual capacity

_12-15-11_
(Date)

_Germaine Padilla_
(Signature of Plaintiff)

I, Jermaine Padilla, DECLARE UNDER PENALTY THAT I AM THE Defendant IN THE ABOVE ENTITLED ACTION. I AM SENDING THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEROF, TO BE TRUE EXCEPT AS TO MATTERS STATED THERIN UPON INFORMATION AND AS TO THOSE MATTERS I BELIEVE THAT THEY ARE TRUE.

EXECUTED THIS 24 DAY OF January, 2012, AT WASCO STATE PRISON, WASCO, CALIFORNIA, 93280.

_Jermaine Padilla_
SIGNATURE OF DECLARANT/PRISONER

### PROOF OF SERVICE BY MAIL
(C. C. P. section 1013 (a) 2015.5; 2U. S. C. A. section 1746)

I, Jermaine Padilla AM A RESIDENT OF WASCO STATE PRISON, STATE OF CALIFORNIA; I AM OVER EIGHTEEN (18) YEARS AND AM/ARE THE DEFENDANT IN THE ABOVE ENTITLED ACTION. MY STATE PRISON ADDRESS IS: WSP B6B 229L P.O. Box 5500 WASCO, CALIFORNIA, 93280.

EXECUTED THIS 24 DAY OF January, 2012, I SERVED THE FOREGOING:

1983 Complaint by a prisoner
(SET FORTH EXACT TITLE OF DOCUMENT SERVED)

ON THE PARTIES HEREIN BY PLACING A TRUE COPY(S) THEREOF ENCLOSED IN A SEALED ENVELOPE WITH POSTAGE THEROF FULLY PAID, IN THE UNITED STATES MAIL. IN A DEPOSIT BOX AT WASCO STATE PRISON, WASCO, CALIFORNIA, 93280 OR WAS PICKED UP BY CORRECTIONS IN CHARGE OF PICKING UP MAIL ADDRESSED AS FOLLOWS.

800 S. Victoria Ave
P.O. Box 6438 Ventura CA
93009-6438

THERE IS MAIL SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE SO ADDRESSED.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE.

DATED:_____

SIGNATURE OF DECLARANT/PRISONER

Jay Maine Padilla
F08493
WSP P.O. Box 5506
Wasco, CA 93280

Legal mail

United States
District Court
Central District of
California
312 North Spring Street,
Room G-8
Los Angeles, CA 90012

JAN 27 2012
CLERK US DISTRICT COURT
CENTRAL DIST. OF CALIFORNIA
MR